UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17CR1231-02-BEN |
|---|---|
| Plaintiff, | ORDER TO DISMISS THE INFORMATION AND JUDGMENT OF DISMISSAL |
| v. | |
| PATRICIA CAMPOS (2), | |
| Defendant. | |

Upon application of the United States and good cause appearing therefore,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 13, 2017

_____
HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE

FILED
JUN 13 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY